UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-8034**

Button v. Dollar General Corporation
(D.N.J. No. 3:22-cv-07028)

**ORDER**

The above-captioned petition seeks permission to appeal an August 9, 2023, order. The order was not, however, attached as an exhibit to the petition. Within seven days, the petitioner must file an addendum containing the district court's order. See Fed. R. App. P. 5(b)(1)(E)(i) (requiring copy of order in addition to opinion).

This order does not affect the respondents' deadline for answering the petition.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Date: August 24, 2023
Lmr/cc: All Counsel of Record