Case No. 23-8034

# In The United States Court of Appeals for the Third Circuit

RYAN BUTTON,
on behalf of himself and others similarly situated,

*Plaintiff-Petitioner*,

v.

DOLLAR GENERAL CORPORATION, DOLGENCORP, LLC D/B/A DOLLAR GENERAL, TODD VASOS, JEFF OWEN, STEVE SUNDERLAND, EMILY TAYLOR, AND JOHN DOES 1-500, INDIVIDUALLY, JOINTLY, SEVERALLY, OR IN THE ALTERNATIVE,

*Defendants-Respondents*,

On Petition For Permission To Appeal From the Order and Opinion of the United States District Court for the District of New Jersey Granting Remand

Civil Action No. 22-07028 (MAS) (RLS)

## PLAINTIFF-PETITIONER RYAN BUTTON'S ADDENDUM TO TABLE OF EXHIBITS TO PETITION FOR PERMISSION TO APPEAL PURSUANT TO 28 U.S.C. § 1453(c)(1)

Javier L. Merino, Esq.
**THE DANN LAW FIRM, P.C.**
1520 US Highway 130, Ste. 101
North Brunswick, NJ 08902
Telephone: (201) 355-3440
Facsimile: (216) 373-0536

jmerino@dannlaw.com
*Attorneys for Plaintiff-Petitioner Ryan Button*

## TABLE OF EXHIBITS (CONT'D)

Order Denying Motion to Remand, or in the Alternative, for Jurisdictional Discovery……..**A575**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RYAN BUTTON, on behalf of himself and those similarly situated,

Plaintiff,

v.

DOLLAR GENERAL CORPORATION *et al.*,

Defendants.

Civil Action No. 22-7028 (MAS) (RLS)

**ORDER**

This matter comes before the Court on Plaintiff Ryan Button's ("Plaintiff") Motion to Remand pursuant to the "local controversy" exception, 28 U.S.C. § 1332(d)(4)(A), to the Class Action Fairness Act of 2005 ("CAFA"), or in the Alternative, for Jurisdictional Discovery. (ECF No. 33.) Defendants Dollar General Corporation, Dolgencorp, LLC d/b/a Dollar General, Todd Vasos, Jeff Owen, Steve Sunderland, and Emily Taylor (collectively, "Defendants") jointly opposed (ECF No. 38), and Plaintiff replied (ECF No. 45). The Court has considered the parties' written submissions and decides the Motion without oral argument, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1. For the reasons set forth in the Memorandum Opinion filed on this date, and for good cause shown,

IT IS on this 9th day of August 2023, **ORDERED** as follows:

1. Plaintiff's Motion to Remand, or in the Alternative, for Jurisdictional Discovery (ECF No. 33) is **DENIED**.

2. The parties are instructed to meet and confer as to a briefing schedule regarding Defendants' previously filed motions to dismiss (ECF Nos. 26, 27), which were stayed pending the Court's disposition of the present Motion. The parties shall e-file a joint proposed briefing schedule within seven (7) days of the date of this Order.

                                                                                    _____
                                                                                    **MICHAEL A. SHIPP**
                                                                                    **UNITED STATES DISTRICT JUDGE**